jury: "If, on the other hand, you have been convinced as to the guilt of the defendant, as to each and every material element of the charges against him, it is just as much as your duty to convict him of the crime, *whatever the evidence establishes.*" (Emphasis added.) The italicized phrase, although perhaps not erroneous when considered in context, was potentially confusing. It thus compounded the other errors in the court's charge.

Portions of the instruction were objected to in *Ward,* thereby requiring reversal as a matter of law in that case. Although there was no objection to any aspect of the charge in *Towndrow* or *Smith,* or to the most egregious aspect of the charge in *Ward,* we conclude that, as a consequence of the fundamental unfairness, the convictions must be reversed in the interest of justice in all three cases. As a result of the court's incorrect and unbalanced charge on reasonable doubt, defendants were deprived of a fair trial *(see, People v Geddes, supra;* CPL 470.15 [3] [c]; [6] [a]).

■ Finally, we conclude that, in any event, reversal on the law is required in *People v Smith.* Defendant's absence from the *Sandoval* hearing held in chambers deprived him of his constitutional right to be present during all material stages of the trial *(see, People v Beasley,* 80 NY2d 981; *People v Dokes,* 79 NY2d 656, 662).

Accordingly, the judgments should be reversed and new trials granted.

DENMAN, P. J., GREEN, LAWTON, FALLON and DOERR, JJ., concur.

Judgment unanimously reversed, as a matter of discretion in the interest of justice, and new trial granted.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JONATHAN SMITH, Appellant.—Judgment unanimously reversed, on the law, and as a matter of discretion in the interest of justice, and new trial granted. Same Per Curiam opinion as in *People v Towndrow* (187 AD2d 194 [decided herewith]). Present—BOOMER, J. P., PINE, LAWTON, BOEHM and DAVIS, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GEORGE WARD, Appellant.—Judgment unanimously reversed, on the law, and as a matter of discretion in the interest of justice, and new trial granted. Same Per Curiam opinion as in *People v Towndrow* (187 AD2d 194 [decided herewith]). Present —DENMAN, P. J., BALIO, LAWTON, FALLON and DOERR, JJ.